IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHARLES LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-0407-CV-W-HFS |
| ) | |
| CITY OF KANSAS CITY, MISSOURI, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On November 19, 2008, the court denied plaintiff's motion to pay the filing fee in installments. Subsequently, on January 27, 2009, the court entered an order stating that if plaintiff wished to pursue this case, he needed to pay the $350 filing fee by February 10, 2009. The order also stated that failure to pay the filing fee would result in dismissal without further notice. To date, plaintiff has not paid the filing fee, so the case will be dismissed. Accordingly it is hereby

ORDERED that the above-captioned action is DISMISSED. It is further

ORDERED that the clerk's office shall send a copy of this order by regular and certified mail, return receipt requested, to plaintiff, Charles Lindsey, 5514 Paseo, Kansas City, Missouri 64110.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

April  17 , 2009

Kansas City, Missouri